IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA, )
         Plaintiff, )
)
v. ) Criminal No.1:11CR10012-001
)
BYRON HARRIS, )
         Defendant. )

## PRELIMINARY ORDER OF FORFEITURE

In the forfeiture allegation of the Second Superceding Indictment, the United States seeks forfeiture of specific property of the defendant pursuant to 18 U.S.C. §§ 924(d) and 3665 as property which was used or intended to be used to commit the offenses alleged in Counts 6, 7, 8 and/or 9 of the Indictment.

On November 18, 2011, the defendant, Byron Harris, pled guilty to Counts 4 and 9 of the Second Superceding Indictment and further agreed to the forfeiture of the personal property listed in the forfeiture allegation. By virtue of said guilty plea the United States is entitled to possession of said properties pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, DECREED and ADJUDGED:

1. That based upon the guilty plea of the defendant to Count 9 of the Indictment, the United States is hereby authorized to seize the personal property described as:

    (a) A Jiminez, 9 millimeter caliber pistol, serial number 145932;

    (b) A Ruger, Model 96, .22 caliber rifle, serial number 620-20181;

    (c) Any accompanying ammunition.

2. The United States shall publish notice of this order pursuant to 18 U.S.C. § 982 (b)(1) and 21 U.S.C. § 853 (n)(1).

3. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rules of Criminal Procedure, Rule 32.2(c); 18 U.S.C. § 982 (b)(1); and 21 U.S.C. § 853(n) in which all interests will be addressed.

IT IS SO ORDERED this 4th day of January, 2012.

HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE